*Mr. F. M. Dudley* for respondent.

No. 1113. VIATOR *v.* STATE TAX COMMISSION ET AL. See *ante,* p. 644.

No. 926. PICKENS *v.* UNITED STATES. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Elmer Bently Pickens, pro se.* Solicitor General Fahy and *Assistant Attorney General Berge* for the United States.

No. 1030. TINKOFF ET AL. *v.* GOLD, TRUSTEE, ET AL. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Ella H. Tinkoff* and *Paysoff Tinkoff, pro se. Mr. Robert Mack David* for respondents.

No. 1032. McGREW *v.* JOHNSTON, WARDEN. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Sam McGrew, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 1053. JONES *v.* BROPHY, WARDEN. April 27, 1942. Petition for writ of certiorari to the County Court of Cayuga County, New York, and motion for leave to proceed further *in forma pauperis,* denied. *Lemphis Jones, pro se.*